FILED
2006 Jul-28 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HOUSTON D. INGRAM, JR., | ) |
| | ) CASE NO.: CV-06-AR-0074-S |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VERMEER MANUFACTURING COMPANY, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, Houston D. Ingram, Jr., Plaintiff, and Vermeer Manufacturing Company, Inc., ("Vermeer"), Defendant, and jointly stipulate to the dismissal of this case, with prejudice, and with each party to bear its own costs.

Dated:   July 28, 2006.

Respectfully submitted,

s/Roger K. Fuston
Roger K. Fuston
Fuston, Petway & French, LLP
3500 Colonnade Parkway – Suite 300
Birmingham, Alabama  35243
205-977-9798 (Telephone)
205-977-9799 (Facsimile)
rfuston@fpflaw.com
ASB-4456-U84R

**ATTORNEYS FOR PLAINTIFF,
HOUSTON D. INGRAM, JR.**

{01049679.1/3000-1096}

s/Eugene D. Martenson
Eugene D. Martenson
Huie, Fernambucq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
205-251-1193 (Telephone)
205-251-1256 (Facsimile)
dm@hfsllp.com
ASB-7317-N69E

s/S. A. Bradley Baker, III
S.A. Bradley Baker, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484
205-251-1193 (Telephone)
205-251-1256 (Facsimile)
SABB@hfsllp.com
ASB-4638-H71B

And

George W. Soule (Admitted *Pro Hac Vice*)
Bowman and Brooke LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN  55402
Telephone:  (612) 339-8682
Fax:  (612) 672-3200
Email:george.soule@bowmanandbrooke.com

**ATTORNEYS FOR DEFENDANT
VERMEER MANUFACTURING COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 28, 2006, I served a copy of the foregoing pleading electronically on  Roger K. Fuston , Michael D. Petway and George Soule at rfuston@fpflaw.com , mpetway@fpflw.com, and george.soule@bowmanandbrooke.com respectively.

     Respectfully submitted,

s/S. A. Bradley Baker, III
S.A. Bradley Baker, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484
205-251-1193 (Telephone)
205-251-1256 (Facsimile)
SABB@hfsllp.com
ASB-4638-H71B

{01049679.1/3000-1096}